UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUNTER CHURCH, individually and on behalf of those similarly situated; LUDWIG LAUDENCIA, individually and on behalf of those similarly situated; JEREMY GYRON, individually and on behalf of those similarly situated; JESSICA BELTRAN, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS & HARRIS, LTD.,<br><br>Defendant. | Case No. 2:24-cv-00517-APG-MDC<br><br>ORDER |

Harris & Harris removed this case to this court based on federal question jurisdiction. Although the complaint refers generally to the Fair Debt Collection Practices Act (FDCPA), it does not base any claim on a particular federal statute. Indeed, the third and fourth claims for relief reference Nevada state statutes. *See* ECF No. 1 at 22, 24. Thus, it is unclear whether any federal question is at issue in this case, which would be required for this court to exercise subject matter jurisdiction. Before I remand this case, I seek clarity from the plaintiffs about the basis of their FDCPA claim.

I THEREFORE ORDER that:

1. By April 12, 2024, the plaintiffs will file either (a) an amended complaint specifically asserting a claim under the federal FDCPA, or (b) a notice confirming they are not asserting any claims under federal law.

2. If the plaintiffs file a notice confirming they are not asserting any claims under federal law, then within 14 days thereafter defendant Harris & Harris will file

either (a) a consent to remand this case to state court, or (b) a brief showing good cause why this case should not be remanded to state court.

DATED THIS 28th day of March, 2024.

_____
Andrew P. Gordon
United States District Judge