**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Hunter Church, *et al*, | |
| Plaintiff(s), | **2:24-cv-00517-APG-MDC** |
| vs. | **Order** |
| Harris & Harris, Ltd., *et al*., | |
| Defendant(s). | |

In light of the *Stipulation to Stay Discovery* (ECF No. 20), the Proposed Discovery Plan and Scheduling Order (ECF No. 21) is DENIED AS MOOT.

DATED this 15th day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge