# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Hunter Church, *et al.*, | **2:24-cv-00517-APG-MDC** |
| Plaintiff(s), | |
| vs. | **Order** |
| Harris & Harris, Ltd., | |
| Defendant(s). | |

IT IS ORDERED that the *Motion to Remove Attorney* (ECF No. 24) is GRANTED. Alia Najjar, Esq. is to be removed as counsel of record for defendant and removed from the CM/ECF Service List.

DATED this 22nd day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge