1 | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Sarah Hartig, Esq. (NV Bar No. 10071)
sarah.hartig@qpwblaw.com
3740 Lakeside Drive, Ste. 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant*
*HARRIS & HARRIS, LTD.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUNTER CHURCH, individually and on behalf of those similarly situated; LUDWIG LAUDENCIA, individually and on behalf of those similarly situated; JEREMY GYRON, individually and on behalf of those similarly situated; JESSICA BELTRAN, individually and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>HARRIS & HARRIS, LTD., a foreign corporation; DOES I-V, inclusive; and ROE BUSINESS ENTITIES I-V, inclusive,<br><br>        Defendant. | Case No.: 2:24-cv-00517-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs HUNTER CHURCH, LUDWIG LAUDENCIA, JEREMY GYRON and JESSICA BELTRAN ("Plaintiffs") by and through their counsel Scott M. Holper, Esq. of the LAW OFFICES OF SCOTT M. HOLPER and Defendant HARRIS & HARRIS, LTD. by and through its counsel Michael Ayers, Esq. and Sarah Hartig, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. ("Defendant"), hereby stipulate that the Second Amended Class Action Complaint (ECF No. 29) filed by Plaintiffs in this action and all claims therein be dismissed with prejudice, with each party to bear their own fees and costs.

/ / /

/ / /



STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

IT IS SO STIPULATED.

DATED this 21ˢᵗ day of January, 2025.

**LAW OFFICES OF SCOTT M. HOLPER**

By: */s/ Scott Holper*
    Scott M. Holper, Esq.
    Nevada Bar No. 9587
    3175 S. Nellis Blvd., Ste. A
    Las Vegas, NV 89121
    *Attorneys for Plaintiffs*

DATED this 21ˢᵗ day of January, 2025.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Michael Ayers*
    Michael Ayers, Esq.
    Nevada Bar No. 10851
    Sarah Hartig., Esq.
    Nevada Bar No. 10071
    3740 Lakeside Dr., Ste. 202
    Reno, NV 89509
    *Attorneys for Defendant*

## ORDER

**BASED UPON** the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiffs and each and every cause of action alleged against Defendant be dismissed WITH PREJUDICE in its entirety, with each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: January 22, 2025

_____
CHIEF UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2